UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMEN HOVANISSIAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DHS, et al.,<br><br>　　　　Respondents. | Case No. 5:20-cv-00566-JGB-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in Federal Custody ("Petition"), all of the records herein, and the June 17, 2020 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

　　　　IT IS ORDERED that the Petition and this action are dismissed without prejudice as moot and that Judgment be entered accordingly.

///
///
///
///
///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and on counsel for respondents.

IT IS SO ORDERED.

DATED: __July 8, 2020__

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE