JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMEN HOVANISSIAN, | Case No. 5:20-cv-00566-JGB-JC |
| Petitioner, | |
| v. | JUDGMENT |
| DHS, et al., | |
| Respondents. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in Federal Custody and this action are dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: July 8, 2020

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE